UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
DAVENPORT DIVISION

JOHN A. BROWNER

      Plaintiff

v

CHARLES RUHL, JR.; ET AL

      Defendants

JUDGMENT IN A CIVIL CASE

CASE NO.: 3:04-cv-40035

__XX__ DECISION BY COURT. This action came to before the Court. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED: that the Court dismisses all the claims against all Defendants and assesses costs to Plaintiff.

Date: November 24, 2004

*James Rosenbaum* (signature)
James Rosenbaum, Clerk
U.S. District Court